UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JALAK JOBANPUTRA,<br><br>*Plaintiff,*<br><br>-v-<br><br>YOON KIM and MOCHI CAPITAL, LLC<br><br>*Defendants.* | Civil Action No. 21-cv-7071 (ER)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that Defendants Yoon Kim and Mochi Capital, LLC will move the Honorable Edgardo Ramos, United States District Court Judge for the Southern District of New York, on a date and at such time as may be designated by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order granting Defendants' Motion to Dismiss the Complaint pursuant to Federal Rule of Procedure 12(b)(6).  Defendants respectfully request oral argument on this Motion.  In support of this Motion, Defendants rely on the Memorandum of Law submitted herewith, and whatever argument the Court may entertain at a hearing on this Motion.

Dated: New York, New York
December 3, 2021

                                      BEYS LISTON & MOBARGHA LLP

                                      By: */s/ Joshua D. Liston*
                                            Joshua D. Liston
                                            Jennifer A. Lippman
                                            641 Lexington Ave., 14th Floor
                                            New York, New York 10022
                                            Tel:  (646) 755-3601
                                            jliston@blmllp.com
                                            jlippman@blmllp.com

                                     *Attorneys for Defendants*
                                     *Yoon Kim and Mochi Capital, LLC*