

**Waymaker LLP**
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
T 424.652.7800

# MEMO ENDORSED

March 23, 2023

**Teresa L. Huggins**
Direct (424) 652-7813
thuggins@waymakerlaw.com

<u>Via ECF</u>

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> This request to seal Exhibits 1, 2, and 3 attached to the memorandum of law in support of plaintiff's motion to dismiss counterclaims, Doc. 61, is granted. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: March 29, 2023
> New York, New York

Re:    *Jobanputra v. Kim, et. al*, Case No. 21-cv-7071-ER

Dear Judge Ramos,

      Pursuant to the Court's Individual Rules, Local Rules 5.2 and 7.1(d), and the Southern District of New York's Instructions on Sealed Filings in Unsealed Civil and Miscellaneous Cases, Plaintiff and Counterdefendant Jalak Jobanputra ("Jobanputra") respectfully requests permission to file Exhibits 1, 2, and 3 to her Memorandum of Law in support of Motion to Dismiss Amended Counterclaims (Dkt. No. 61) under seal. Additionally, Jobanputra respectfully requests permission to file Exhibit A to the Affidavit of Teresa L. Huggins in support of that same motion (Dkt. No. 62) under seal.

      Each of these four exhibits (collectively, the "Exhibits") were marked "Confidential" by either Jobanputra or Defendants Yoon Kim and Mochi Capital, LLC (together, the "Parties") during discovery in this matter and thus, per the stipulated protective order entered into between the Parties (Dkt. No. 18), the Exhibits should not be publicly disseminated. (*See id.* at p. 4, ¶ 5.) In the interest of preserving the Parties' confidentiality and abiding by the protective order, we seek to file these Exhibits under seal.

      Thank you for your attention to this request.

Respectfully submitted,

*Teresa Huggins*

Teresa L. Huggins
WAYMAKER LLP