UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JALAK JOBANPUTRA,

            Plaintiff,

– *against* –

YOON KIM *and* MOCHI CAPITAL, LLC,

            Defendants.

**ORDER**

21-cv-7071 (ER)

Ramos, D.J.:

    Kim's opposition to Jobanputra's motion to dismiss (Doc. 75) will be due by October 16, 2023. Jobanputra's reply will be due October 23, 2023.

    SO ORDERED.

Dated:  September 25, 2023
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.