# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

JALAK JOBANPUTRA,

                Plaintiff,                21 **CIVIL** 7071 (ER)

   -against-                                  <u>**JUDGMENT**</u>

YOON KIM and MOCHI CAPITAL, LLC.

                Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2025, Jobanputra's motion for summary judgment is GRANTED, and Defendants' motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      September 19, 2025

                                              **TAMMI M. HELLWIG**
                                              _____
                                                 **Clerk of Court**

                            **BY:**

                                                 **Deputy Clerk**