**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JALAK JOBANPUTRA,

                                        Plaintiff,

            -against-                                                    21 **CIVIL** 7071 (ER)

                                                                **CORRECTED JUDGMENT**

YOON KIM and MOCHI CAPITAL, LLC,

                                        Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 27, 2026, Jobanputra's motion to correct the Judgment, whether pursuant to Rule 60(a) or Rule 59(e), is GRANTED. Jobanputra is hereby awarded $4,057,449.41 in compensatory damages and $1,658,774.25 in calculated pre-judgment interest through September 19, 2025, plus post-judgment interest from the date of the Judgment.

**Dated:** New York, New York

        April 28, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**


                            **BY:**
                                        _____
                                                **Deputy Clerk**