UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JALAK JOBANPUTRA,

                    Plaintiff-Judgment Creditor,          Case No. 1:21-cv-7071 (ER)

      -against-

YOON KIM and MOCHI CAPITAL, LLC,

                    Defendants-Judgment Debtors.
----------------------------------------------------------------------X

### ORDER GRANTING CHARGING ORDER, INJUNCTIVE RELIEF, AND RELATED ENFORCEMENT RELIEF

EDGARDO RAMOS, District Judge:

This matter having come before the Court on the motion of Plaintiff-Judgment Creditor Jalak Jobanputra ("Creditor") for a charging order and related relief against Defendant-Judgment Debtor Yoon Kim ("Kim") with respect to his interests in Future\Perfect Ventures, L.P. and Future\Perfect Ventures II, L.P. (collectively, the "Partnerships"); the Court having reviewed the motion papers and supporting declarations and exhibits; and for good cause shown:

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

1.      A valid, final Corrected Judgment was entered in favor of Creditor Jalak Jobanputra and against Judgment Debtor Yoon Kim and Mochi Capital, LLC on April 28, 2026 (ECF No. 118) in the amount of $4,057,449.41 in compensatory damages plus $1,658,774.25 in pre-judgment interest through September 19, 2025, plus post-judgment interest accruing from September 19, 2025 at the rate provided by 28 U.S.C. § 1961(a) (the "Judgment"). As of the date of this Order, the entire balance remains unpaid and outstanding

2.      Kim holds a transferable interest in each of Future\Perfect Ventures, L.P. and Future\Perfect Ventures II, L.P., both organized under the laws of the State of Delaware,

constituting property against which the Judgment may be enforced under New York law. *See* N.Y. C.P.L.R. § 5201(b);

3.      This Court has authority to issue the relief set forth herein pursuant to Federal Rule of Civil Procedure 69(a), N.Y. C.P.L.R. §§ 5201 and 5225, and 6 Del. C. § 17-703.

**IT IS HEREBY ORDERED that**:

Pursuant to 6 Del. C. § 17-703 and N.Y. C.P.L.R. §§ 5201 and 5225, Kim's transferable interests in Future\Perfect Ventures, L.P. and Future\Perfect Ventures II, L.P. (the "Charged Interests") are hereby charged with payment of the Judgment, including all accrued and accruing post-judgment interest, until the Judgment is fully satisfied.

Each of the Partnerships is hereby directed to pay directly to Creditor, care of counsel for Creditor, Solomon Cramer & Summit LLP, 25 West 39th Street, 7th Floor, New York, New York 10018, all amounts that would otherwise be distributable, payable, or transferable to Kim or to any person or entity at Kim's direction or for Kim's benefit, including without limitation cash distributions, tax distributions, carried interest distributions, return-of-capital distributions, distributions of property of any kind, and any other economic payment or transfer of any kind, until the Judgment, including all accrued post-judgment interest, is fully satisfied.

This Charging Order does not constitute an assignment of Kim's interest in the governance or management of the Partnerships. Creditor shall have only the rights of an assignee of the transferable interest as defined in 6 Del. C. § 17-703(a).

**IT IS FURTHER ORDERED**

Kim is hereby restrained and enjoined, until the Judgment is fully satisfied or further order of this Court, from selling, assigning, transferring, pledging, hypothecating, encumbering,

or otherwise disposing of all or any portion of his interests in Future\Perfect Ventures, L.P. or Future\Perfect Ventures II, L.P., without prior written consent of Creditor or order of this Court.

Any violation of this Order by Kim may subject him to a finding of contempt of court and such sanctions as the Court deems appropriate, including the award of attorneys' fees and costs incurred by Creditor in enforcing this Order.

This Court retains jurisdiction over this matter for all purposes related to the enforcement of this Order and the satisfaction of the Judgment.

SO ORDERED.

Dated: _____May 8_____, 2026
      New York, New York

_____
**EDGARDO RAMOS**
United States District Judge